HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

*E-FILED - 1/25/11*

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONALD HOLLAND, | Case No: 10-02317 RMW |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | |
| Defendant. | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (7) days up through and including Monday, January 10, 2011 in which to e-file his Reply to Defendant's Cross-Motion for Summary Judgment. This extension is necessitated due to Plaintiff's counsel's absence from the Bay Area for the last two weeks in December.

1

STIPULATION AND ORDER

MELINDA L. HAAG
United States Attorney

Dated: December 21, 2010              /s/
                                      CYNTHIA B. DE NARDI
                                      Special Assistant U.S. Attorney


Dated: December 21, 2010              /s/
                                      HARVEY P. SACKETT
                                      Attorney for Plaintiff
                                      DONALD HOLLAND


IT IS SO ORDERED.

Dated:  1/25/11                       *Ronald M. Whyte* (signature)
                                      HON. RONALD M. WHYTE
                                      United States District Judge

2

STIPULATION AND ORDER