**United States District Court**
For the Northern District of California

E-FILED on   10/4/2011

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DONALD HOLLAND,<br><br>            Plaintiff,<br><br>      v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br><br>            Defendant. | No. C-10-02317  RMW<br><br>JUDGMENT |

The parties' arguments having been considered and a decision having been rendered, IT IS HEREBY ORDERED that judgment be entered for Defendant Commissioner and against Plaintiff Donald Holland and that Plaintiff take nothing by way of his complaint.

DATED:      10/4/2011

_Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C-10-02317  RMW
LJP